UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ORDER REQUIRING APPLE, INC. TO ASSIST IN THE EXECUTION OF A SEARCH WARRANT ISSUED BY THE COURT | 15 MC 1902 (JO)<br>14 CR 387 (MKB) |

## NOTICE OF APPEARANCE

The undersigned, THEODORE J. BOUTROUS, JR., respectfully enters his appearance as counsel for Interested Party Apple Inc. ("Apple"), and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Apple. The undersigned is admitted to practice *pro hac vice* before this Court.

Dated:  New York, New York
        March 18, 2016

GIBSON, DUNN & CRUTCHER LLP

By:  *s/ Theodore J. Boutrous, Jr.*
       Theodore J. Boutrous, Jr.

333 South Grand Avenue
Los Angeles, California 90071
Telephone:  (213) 229-7000
Facsimile:  (213) 229-7520
tboutrous@gibsondunn.com

*Attorneys for Interested Party Apple Inc.*